

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Tarsadeus Tarceyla Fisher, Appellant

No. 06-22-00128-CR       v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29875). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Tarsadeus Tarceyla Fisher, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk